IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rhodes, Byron | Case Number: 08 B 00954 |
|---|---|---|
| | Coleman, Latisha | Judge: Hollis, Pamela S |
| | Printed: 7/29/08 | Filed: 1/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 16, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,938.44 | |
| Secured: | | 500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,315.35 |
| Trustee Fee: | | 123.09 |
| Other Funds: | | 0.00 |
| Totals: | 1,938.44 | 1,938.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,451.50 | 1,315.35 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 19,036.63 | 500.00 |
| 4. | CitiMortgage Inc | Secured | 2,106.36 | 0.00 |
| 5. | Internal Revenue Service | Priority | 955.70 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 46.91 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 1,182.39 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 40.50 | 0.00 |
| 9. | Sallie Mae | Unsecured | 2,711.69 | 0.00 |
| 10. | Nicor Gas | Unsecured | 24.44 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 70.00 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 487.24 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 376.52 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 18.53 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 4.50 | 0.00 |
| 16. | AT&T Wireless | Unsecured | 25.60 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 127.55 | 0.00 |
| 18. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 19. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 20. | Cbe Group | Unsecured | | No Claim Filed |
| 21. | AFNI | Unsecured | | No Claim Filed |
| 22. | Credit Management Service | Unsecured | | No Claim Filed |
| 23. | Credit Management Service | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Debt Recovery Solutions | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rhodes, Byron                               Case Number:  08 B 00954
        Coleman, Latisha                          Judge:  Hollis, Pamela S
        Printed:  7/29/08                            Filed:  1/16/08

| # | Creditor | Type | Amount | Claim |
|---|---|---|---|---|
| 26. | Credit Management Service | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | | No Claim Filed |
| 32. | Unifund Corporation | Unsecured | | No Claim Filed |
| 33. | Sallie Mae | Unsecured | | No Claim Filed |
| 34. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 35. | Sallie Mae | Unsecured | | No Claim Filed |
| 36. | Cbe Group | Unsecured | | No Claim Filed |
| 37. | West Asset Management | Unsecured | | No Claim Filed |

                                              _____              _____
                                              $ 30,666.06           $ 1,815.35

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 14.27 |
| 6.5% | 108.82 |
| | _____ |
| | $ 123.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

                    _____